UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 20-30063 |
| STEVEN M. WELLS, | ) |
| Defendant. | ) |

**UNOPPOSED MOTION TO VACATE GUILTY PLEA
AND SENTENCING HEARING**

NOW COMES the Defendant, STEVEN M. WELLS, by his appointed counsel, Robert J. Scherschligt, and moves this Honorable Court to vacate his guilty plea and sentencing hearing, and in support thereof, respectfully states as follows:

1. On September 23, 2020, a criminal complaint was filed in U.S. District Court, Springfield, Illinois charging that on or about April 3 and 27, 2020, in the County of Sangamon, in the Central District of Illinois, the Defendant committed the offense of distribution of 28 grams or more of cocaine base (crack), in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B). On that same date, a warrant

was issued for the Defendant's arrest and he was arrested on that warrant.

2. On October 7, 2020, a Grand Jury issued an indictment charging the Defendant with two counts of the offense of distribution of 28 grams or more of cocaine base (crack), in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B).

3. On July 23, 2021, the Defendant appeared before U.S. Magistrate Judge Tom Schanzle-Haskins and pled guilty to the two-count Indictment pursuant to a written plea agreement entered into between the parties pursuant to Rule 11(c)(1)(B). The cause was scheduled for a sentencing hearing on November 22, 2021 at 11:00 a.m.

4. On August 9, 2021, U.S. District Court Judge Sue E. Myerscough accepted the Defendant's guilty pleas to Counts I and II of the Indictment and adjudged him guilty of the offenses as charged.

5. Since the entry of the Defendant's guilty pleas and the acceptance of those pleas, newly discovered evidence confirms that the Defendant is not guilty of either count of the Indictment

charging a violation of distribution of more than 28 grams of cocaine base (crack).

6. The parties agree that the newly discovered evidence should result in vacatur of the Defendant's guilty pleas and the scheduled sentencing hearing.

7. The Government intends to seek a superseding indictment charging two counts of distribution of cocaine, a violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

8. The parties recommend that this cause be placed back on the trial calendar pending the return of a superseding indictment.

9. The Government by AUSA Matt Weir supports this Motion and does not object to the relief requested.

10. The Defendant consents to audio-video conferencing or audio-conferencing if audio-video conferencing is not available for any scheduled status or pretrial hearing.

WHEREFORE, the Defendant, STEVEN M. WELLS, prays this Honorable Court to vacate his guilty plea and sentencing hearing and to place the matter back on the trial calendar.

Respectfully submitted,

STEVEN M. WELLS, Defendant,

By: */s/ Robert J. Scherschligt*
Robert J. Scherschligt (No.6216807)
Assistant Federal Public Defender
600 E. Adams St., 3rd Floor
Springfield, IL 62701
Phone: (217) 492-5070
Fax: (217) 492-5077
E-mail: Robert_scherschligt@fd.org

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 28, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Robert J. Scherschligt*
Robert J. Scherschligt (No. 6216807)
Assistant Federal Public Defender
600 E. Adams St., 3rd Floor
Springfield, IL 62701
Phone: (217) 492-5070
Fax: (217) 492-5077
E-mail: Robert_scherschligt@fd.org