

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CRIMINAL NO. 20-30063 |
| ) | |
| STEVEN M. WELLS, ) | VIO: 21 U.S.C. § 841(a)(1), |
| ) | (b)(1)(C) |
| Defendant. ) | |

### SUPERSEDING INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE
(Distribution of Cocaine)

On or about April 3, 2020, in Sangamon County, in the Central District of Illinois, the defendant herein,

**STEVEN M. WELLS**,

knowingly and intentionally distributed mixtures or substances containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT TWO
(Distribution of Cocaine)

On or about April 27, 2020, in Sangamon County, in the Central District of Illinois, the defendant herein,

**STEVEN M. WELLS**,

knowingly and intentionally distributed mixtures or substances containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

A TRUE BILL,

s/Foreperson
FOREPERSON

s/Gregory M. Gilmore for
DOUGLAS J. QUIVEY
ACTING UNITED STATES ATTORNEY
MZW